E-FILED
Tuesday, 01 September, 2026 02:57:04 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

BOBBY T.,

*Plaintiff*,

v.

FRANK BISIGNANO, Commissioner of Social Security,

*Defendant*.

Case No. 1:26-cv-01057-RLH

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of Plaintiff. Upon receipt of the Court's order, the Appeals Council will: remand the case to an Administrative Law Judge who will grant Plaintiff a new hearing; evaluate his residual functional capacity; determine whether Plaintiff could perform his past relevant work or other work in the national economy; and issue a new decision.

*So ordered.*

Entered this 1st day of September 2026.

s/Ronald L. Hanna

Ronald L. Hanna
United States Magistrate Judge