E-FILED
Thursday, 10 September, 2026 11:41:55 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

BOBBY T.,

*Plaintiff*,

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*.

Case No. 1:26-cv-01057-RLH

## ORDER

Before the Court is the parties' Joint Motion to Award Attorneys' Fees and Expenses under the Equal Access to Justice Act (EAJA).[1] (Doc. 20). Upon review, the Court finds that the request is reasonable and otherwise complies with the EAJA. *See Krecioch v. United States*, 316 F.3d 684, 687 (7th Cir. 2003) (explaining that eligibility for EAJA fees requires that (1) the plaintiff was the "prevailing party"; (2) the government's position was not "substantially justified"; (3) "no special circumstances make the award unjust"; and (4) the request is timely made). The Court therefore awards Plaintiff attorney's fees in the amount of $9,750.00.

At the parties' request, the Court notes that any fees paid belong to Plaintiff, not to Plaintiff's attorney, and can be offset to satisfy any pre-existing debt Plaintiff owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) ("We hold that a § 2412(d) fees award is payable to the litigant and is therefore subject to a

[1] The parties in this case have consented to a final disposition by a magistrate judge under 28 U.S.C. § 636. (Doc. 9).

government offset to satisfy a pre-existing debt that the litigant owes the United States."). If the Commissioner determines that the Plaintiff has no outstanding federal debt, attorney fees may be made payable to Plaintiff's counsel, David Goetz.

*So ordered*.

Entered this 9th day of September 2026.

s/ Ronald L. Hanna
Ronald L. Hanna
United States Magistrate Judge